# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ALEINNA MAE S., <br><br> Plaintiff, <br><br> v. <br><br> FRANK BISIGNANO, Commissioner of the Social Security Administration, <br><br> Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION** <br><br> Case No. 1:24-cv-00077-AMA-DAO <br><br> District Judge Ann Marie McIff Allen <br><br> Magistrate Judge Daphne A. Oberg |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Daphne A. Oberg on August 5, 2025, [1] which recommends reversing the Commissioner's denial of Plaintiff Aleinna Mae S.'s application for social security disability benefits and supplemental security income and remanding the matter for additional administrative proceedings. The parties were notified of their right to file objections to the Report and Recommendation within fourteen days of service and that failure to object may constitute a waiver of objections upon subsequent review.[2] The fourteen-day deadline has lapsed, and no objections have been filed.

Having reviewed all relevant materials, the Court finds no clear error in the analysis and conclusion of the Magistrate Judge's Report and Recommendation.[3] Accordingly, the Court adopts the Report and Recommendation, finding that the Administrate Law Judge ("ALJ") erred by failing to include a limitation related to the use of ear protection in Ms. S.'s Residual Functional Capacity

---

[1] ECF No. 22.
[2] *Id*. at 14.
[3] Fed. R. Civ. P. 72(b) Advisory Committee's note to 1983 amendment ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

("RFC"), or to adequately explain such a limitation's omission, when the ALJ found the pertinent medical opinion persuasive. Further, because the use of ear protection was not included in the hypothetical RFC posed to the Vocational Expert ("VE"), the VE did not consider whether the limitation was compatible with the jobs she identified Ms. S. as capable of performing. Thus, the Court cannot find that the ALJ's decision was supported by substantial evidence, and the Court will reverse and remand the decision.

## **ORDER**

Based on the foregoing, the Court ADOPTS the Report and Recommendation (ECF No. 22). The decision of the Commissioner is REVERSED and REMANDED.

DATED this 28th day of August 2025.

BY THE COURT:

Ann Marie McIff Allen
United States District Judge